United States District Court
Southern District of Texas
**ENTERED**
November 09, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TOAN T. TANG, Inmate #P00189427, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. H-16-2956 |
| MISSOURI CITY POLICE DEPARTMENT, et al., | § § § § | |
| Defendants. | § | |

## ORDER

The plaintiff, Toan T. Tang, has filed a complaint under 42 U.S.C. § 1983 ("Complaint")(Docket Entry No. 1), alleging violations of his civil rights in connection with state court criminal proceedings that have been lodged against him in Fort Bend County. Pending before the court is Tang's "Motion to Address the Court Regarding Certified Mail Matter" (Docket Entry No. 7). In that Motion, Tang advises that he received a "Notice of Case Filing" (Docket Entry No. 3) from the Clerk's Office by certified mail with a return address for the federal courthouse located in Brownsville. Tang is concerned that the Clerk's Office has used an incorrect return address.

The Clerk's Office has clarified that notices and orders in Houston cases are sometimes issued from the Brownsville courthouse in an effort to distribute work throughout the Southern District of Texas, which has a heavy caseload. The record contains certified return receipts from Tang, confirming that he has received all of the court's orders and notices by certified mail in this case. (Docket Entry Nos. 4, 6). Tang does not allege and the record does not show that any harm has occurred by having certified mail receipts returned to the courthouse in Brownsville, rather than in Houston. Tang does not otherwise seek any relief in his pending Motion.

Because the court has taken notice of Tang's concerns and determined that no relief is required, it is **ORDERED** that the Motion to Address the Court Regarding Certified Mail Matter (Docket Entry No. 7) is now **MOOT**.

The Clerk shall provide a copy of this Order to the plaintiff.

**SIGNED** at Houston, Texas, on this 9th day of Nov., 2016.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE